NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-2464
      Facsimile:  (213) 894-7819
      E-mail: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>         v.<br><br>VINCENT JOHN RABIOLA,<br><br>           Defendant. | No. CV 18-10588<br><br>[CR 99-0188-MMM-4]<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF**<br><br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEES GOLD COAST VENTURES, INC. and PRECIOUS METALS DIRECT [28 U.S.C. § 3205(b)]**<br><br>**and**<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies for a Court Order issuing a Writ of Continuing Garnishment in order to secure payment on the criminal judgment debt entered in <u>United States v. Vincent John Rabiola</u>, CR 99-0188-MMM-4.  In connection with this request, the United States also seeks the issuance of a Clerk's Notice pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to this application.

On January 29, 2001, the Court imposed the following criminal judgment debt against defendant-judgment debtor Vincent John Rabiola:

- Restitution: $6,776,429.00
- Special assessment: $100.00

The judgment and commitment order was entered on March 9, 2001.

Vincent John Rabiola's Social Security Number is XXX-XX-6275, and he resides in West Hollywood, California.  As of December 14, 2018, Vincent John Rabiola's principle criminal restitution balance is $6,368,092.58.  Demand for payment of the above-stated debt was made upon Defendant more than thirty (30) days before the date of this application, and Defendant has not paid the amount due.

Each Garnishee is believed to owe or will owe, money or property to Defendant, or is in possession of property (such as nonexempt disposable earnings) of Defendant, and Defendant has a substantial nonexempt interest in the property.  Specifically, it is believed that the garnishees pay nonexempt disposable earnings to Vincent John Rabiola.  The United States seeks to garnish 25% of Vincent John Rabiola's disposable earnings for each pay period that Gold Coast Ventures, Inc. or Precious Metals Direct owe or will owe, money or property to Vincent John Rabiola.  28 U.S.C. § 3205(b)(1)(C); *see also* 15 U.S.C. § 1673.  Disposable earnings are calculated after applicable federal, state, and local taxes are deducted from Vincent John Rabiola's gross earnings.  15 U.S.C. § 1672(b).

The names and addresses of Garnishees or the Garnishees' authorized agent are:

| **Gold Coast Ventures, Inc.** | **Precious Metals Direct** |
|---|---|
| 9100 Wilshire Blvd.<br>Suite 407E<br>Beverly Hills, California 90212<br><br>AND<br><br>700 Lavaca Blvd.<br>#1400<br>Austin, Texas 78701 | 9100 Wilshire Blvd.<br>Suite 407E<br>Beverly Hills, California 90212<br><br>AND<br><br>700 Lavaca Blvd.<br>#1400<br>Austin, Texas 78701 |

Dated:  December 17, 2018.

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Chief, Financial Litigation Section

  /s/ *Robert I. Lester*
ROBERT I. LESTER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America