Requ

Wells Fargo Bank
GARNISHEE NAME

P.O. Box 29779
GARNISHEE ADDRESS

Phoenix AZ 85038

ORIGINAL

480 724.2003
GARNISHEE TELEPHONE

Lopez.Ja@wellsfargo.com
GARNISHEE EMAIL

FILED

2019 FEB 19  AM 10: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

VINCENT JOHN RABIOLA,

Defendant.

No. CV 18-10588-SJO

[CR 99-0188-MMM-4]

**ANSWER OF GARNISHEE
WELLS FARGO BANK, N.A.**

1

**DECLARANT STATES:**

My name is _Julia Wal_ and my address and telephone number are _P.O. Box 29779, Phoenix AZ 85038_ _Phone # 480-724-2000_.

1.    I am authorized to make this declaration on behalf of Garnishee _Wells Fargo Bank_ regarding the writ of continuing garnishment received by Garnishee on _January 23, 2019_.

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is the Garnishee herein, doing business in the name of _____.

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of _____ at _____.

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the _Agent_ of (OFFICIAL TITLE) Garnishee _Wells Fargo Bank_ a corporation, organized under the laws of the State of _Delware_.

2.    As of [date] _1/24/2019_, Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which Defendant has a nonexempt interest: _$ 1,410.23_

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| a. 9391 | 196.13 | Owner |
| b. 0575 | 1211.36 | Owner |
| c. 4489 | 2.74 | joint owner |
| d. | | |

2

3.   Garnishee anticipates owing to Defendant in the future, the following

amounts:   *unknown*

| **Amounts** | | **Estimate Date or Period Due** |
|---|---|---|
| a. | $_____ | _____ |
| b. | $_____ | _____ |
| c. | $_____ | _____ |

4.   Is Defendant subject to an existing garnishment or levy? ☐ Yes ☒ No

If yes, what is the outstanding amount now due and owing?  $_____.

5.   If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: _____

_____

_____.

6.   Garnishee owed Defendant the sum of $_____ on the date the writ of continuing garnishment was served for the following reasons:

_____

_____.

7.   On [date] 1/24/19 , Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8.   Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, California 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on *January 24* , 2019.

SIGNATURE OF DECLARANT

3

## PROOF OF SERVICE BY MAILING

I, _Julia Lopr_, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by _Wells Fargo Bank_ herein was made;

that on _January 24 2019_ [Date], I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE WELLS FARGO BANK, N.A.** addressed to:

> U.S. Attorney's Office for the Central District of California
> ATTN:  Financial Litigation Section
> Room 7516AA, Federal Building
> 300 North Los Angeles Street
> Los Angeles, California 90012

> Vincent John Rabiola
> Beverly Hills, California 90212-3017

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on _January 24, 2019_ [Date], at _Phoenix_ [City], _Arizona_ [State].

I certify under penalty of perjury that the foregoing is true and correct.

_____
Signature

4



WELLS
FARGO

Wells Fargo Bank, N.A.
Levy Processing
MAC S3928-021
Po Box 29779
Phoenix, AZ 85038

U.S. POSTAGE PITNEY BOWES

ZIP 85282  $ 000.47⁰
02 4W
0000352542 JAN 25 2019

U.S. ATTORNEY'S OFFICE
CENTRAL DISTRICT OF CALIFORNIA  RM 7516AA
300 NORTH LOS ANGELES STREET
LOS ANGELES CA 90012

S001283452  00032