Insperity Retirement Services
GARNISHEE NAME

Attn: Legal Department
GARNISHEE ADDRESS

P.O. Box 1988

Kingwood, Texas 77347-1988

281-312-3485
GARNISHEE TELEPHONE

doug.sivula@insperity.com
GARNISHEE EMAIL

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT JOHN RABIOLA,<br><br>Defendant. | No. CV 18-10588-SJO<br><br>[CR 99-0188-MMM-4]<br><br>**ANSWER OF GARNISHEE INSPERITY RETIREMENT SERVICES** |

**DECLARANT STATES:**

My name is  John Stanton  and my address and telephone number are  19001 Crescent Springs Drive, Kingwood, Texas 77339; and 281-348-3749.

1. I am authorized to make this declaration on behalf of Garnishee  Insperity Retirement Services, L.P.  regarding the writ of continuing garnishment received by Garnishee on  or about January 29, 2019 .

**IF GARNISHEE IS AN INDIVIDUAL:**

 N/A  is the Garnishee herein, doing business in the name of _____.

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is  Vice President, Retirement Services Operations  of the Garnishee, which is a partnership conducted under the name of  Insperity Retirement Services, L.P.  at  Kingwood, Texas .

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the  N/A  (OFFICIAL TITLE) of Garnishee _____ a corporation, organized under the laws of the State of _____.

2. As of [date]  March 4, 2019 , Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which Defendant has a nonexempt interest:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| a. 401(k) Account | $47,895.58 | Recordkeeper of Insperity 401(k) Plan |
| b. | | |
| c. | | |
| d. | | |

6

3. Garnishee anticipates owing to Defendant in the future, the following amounts:

| **Amounts** | **Estimate Date or Period Due** |
|---|---|
| a. $ N/A | |
| b. $ | |
| c. $ | |

4. Is Defendant subject to an existing garnishment or levy? ☐ Yes ☒ No

 If yes, what is the outstanding amount now due and owing? $_____.

5. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: N/A

6. Garnishee owed Defendant the sum of $ $47,807.94 on the date the writ of continuing garnishment was served for the following reasons:
Balance available for distribution from 401(k) account in the Insperity 401(k) Plan.

7. On [date] January 29, 2019, Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, California 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on March 4, 2019.

_____
SIGNATURE OF DECLARANT

7

## PROOF OF SERVICE BY MAILING

I, **Erin Delagarza**, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by **Insperity** herein was made; that on **March 4, 2019** [Date], I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE INSPERITY RETIREMENT SERVICES** addressed to:

    U.S. Attorney's Office for the Central District of California
    ATTN: Financial Litigation Section
    Room 7516AA, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012

    Vincent John Rabiola
    Beverly Hills, California 90212-3017

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on **March 4, 2019** [Date], at **Kingwood** [City], **Texas** [State].

I certify under penalty of perjury that the foregoing is true and correct.

*Erin Delagarza* (signature)
Signature


**Insperity**®
*Inspiring Business Performance*®

Erin Delagarza
Legal Administrative Assistant
PHONE: (281) 348-3915 | FAX: (281) 358-3908
Email: erin.delagarza@insperity.com

March 5, 2019

<u>*VIA Certified Mail*</u>

Edward R. Roybal Federal Building and U.S. Courthouse
District Court Clerk's Office
255 East Temple Street
Los Angeles, CA 90012-3332

Re:   *Writ of Continuing Garnishment*
*United States v. Rabiola*
*No. CV-18-10588-SJO [CR 99-0188-MMM-4]*

Mr. Roybal,

Enclosed is a copy of the Answer of Garnishee Insperity Retirement Services and the Proof of Service by Mailing in the above referenced matter.

Sincerely,

Erin Delagarza

/encl.

19001 Crescent Springs Drive, Kingwood, TX 77339
281-358-8986 | 800-237-3170 | insperity.com



**INSPERITY, INC.**
19001 Crescent Springs Drive
Kingwood, Texas 77339-3802

CERTIFIED MAIL

7017 1450 0001 7132 5015

**Insperity**
*Inspiring Business Performance*

19001 Crescent Springs Drive
Kingwood, Texas 77339-3802

insperity.com

Edward R. Roybal Federal Building
and U.S. Courthouse
District Court Clerk's Office
255 East Temple Street
Los Angeles, CA 90012-3332



RECEIVED
CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY