New York Life Insurance Company
GARNISHEE NAME

51 Madison Avenue
GARNISHEE ADDRESS

New York, NY 10010

Office of the Gen. Counsel

212-576-7776 (Direct Dial for Rose Sepulveda
GARNISHEE TELEPHONE

rose_m_sepulveda@newyorklife.com
GARNISHEE EMAIL

FILED
CLERK, U.S. DISTRICT COURT

March 20, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 18-10588-SJO |
|---|---|
| Plaintiff, | [CR 99-0188-MMM-4] |
| v. | **ANSWER OF GARNISHEE NEW YORK LIFE INSURANCE COMPANY** |
| VINCENT JOHN RABIOLA, | |
| Defendant. | |

**DECLARANT STATES:**

My name is ___Rose Sepulveda___ and my address and telephone number are ___51 Madison Avenue, Office of the Gen. Counsel, NY NY 10010, 212-576-7776___.

1. I am authorized to make this declaration on behalf of Garnishee ___New York Life Insurance Company___ regarding the writ of continuing garnishment received by Garnishee on ___March 12, 2019 via email___.

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is the Garnishee herein, doing business in the name of _____.

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of _____ at _____.

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the ___Senior Associate___ of
(OFFICIAL TITLE)

Garnishee ___New York Life Insurance Company___ corporation, organized under the laws of the State of ___New York___.

2. As of [date] ___March 15, 2019___, Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which Defendant has a nonexempt interest:

| **Description of Property** | **Approximate Value** | **Description of Defendant's Interest in Property** |
|---|---|---|
| a. Term Policy No. 24 807 656 | Face Amt $1,000,000.00 | Mr. Rabiola is the Owner/Insured. |
| b. | | As this is a Term policy it has no cash |
| c. | | value. Policy is currently in danger |
| d. | | of lapsing if not paid by April 27, 2019. |

10

3. Garnishee anticipates owing to Defendant in the future, the following amounts:

| **Amounts** | **Estimate Date or Period Due** |
|---|---|
| a. $ 0.00 | |
| b. $ | |
| c. $ | |

4. Is Defendant subject to an existing garnishment or levy? ☐ Yes ☒ No

   If yes, what is the outstanding amount now due and owing? $_____.

5. If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: _____
_____
_____.

6. Garnishee owed Defendant the sum of $_____ on the date the writ of continuing garnishment was served for the following reasons: _____
_____
_____.

7. On [date] _____, Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, California 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on   March 15  , 2019.

*[signature]*
SIGNATURE OF DECLARANT

11

## PROOF OF SERVICE BY MAILING

I, ___Rose Sepulveda___, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by ___New York Life Insurance Company___ herein was made; that on ___March 18, 2019___ [Date], I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE NEW YORK LIFE INSURANCE COMPANY** addressed to:

> U.S. Attorney's Office for the Central District of California
> ATTN: Financial Litigation Section
> Room 7516AA, Federal Building
> 300 North Los Angeles Street
> Los Angeles, California 90012
>
> Vincent John Rabiola
> Beverly Hills, California 90212-3017

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on ___March 18, 2019___ [Date], at ___New York___ [City], ___New York___ [State].

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Rose Sepulveda*
Signature

12

ROSE M. SEPULVEDA
212-576-7776
NEW YORK LIFE
51 MADISON AVENUE
NEW YORK NY 10010

SHIP TO:
CLERK OF THE COURT
000-000-0000
USDC - CENTRAL DISTRICT OF CA
ROOM 180
255 E. TEMPLE STREET
LOS ANGELES  CA 90012-3332

0.0 LBS       LTR 1 OF 1

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 20 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

CA 901 9-12

UPS NEXT DAY AIR SAVER   1P

TRACKING #: 1Z R4X 924 13 9314 5666

BILLING: P/P

Reference 1: 501311

GS 21.0.21.   WNTNV50 09.0A 01/2019

SJO




Visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

Domestic Shipments
- To qualify for the Letter rate, UPS Exp…
  correspondence, urgent…
  weigh…

3/19/2019

Serving you for more than 100 years
United Parcel Service.

0101195103  4/14  PAC  United Parcel Service