NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-2464
      Facsimile: (213) 894-7819
      E-mail: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENT JOHN RABIOLA,<br><br>    Defendant. | **No. CV 18-10588-SJO**<br><br>[CR 99-0188-MMM-4]<br><br>[~~Proposed~~]<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>[Gold Coast Ventures and Precious Metals Direct]<br><br>[28 U.S.C. § 3205(c)(7)] |

Pursuant to the Stipulation for Issuance of Final Order of Continuing Garnishment, and for good cause shown, IT IS ORDERED:

1. Garnishees Gold Coast Ventures and Precious Metals Direct shall pay to the United States any and all money that it has been obligated to "withhold and retain" equal to 20% of defendant Vincent John Rabiola's disposable earnings[1] since the date Garnishees were served with the Writ of Continuing Garnishment, together with all future allotments.  28 U.S.C. § 3205(c)(2)(F), (c)(7).

2. These funds shall be applied to Defendant's restitution balance in <u>United States v. Vincent John Rabiola</u>, CR 99-0188.  Garnishees shall make payment(s) by sending cashier's or corporate check(s) or money order(s) made payable to the "Clerk, United States District Court," to the following address:

> Clerk's Office
> United States District Court
> 255 East Temple Street, Room 1178
> Los Angeles, CA 90012-4708
> ATTN: Fiscal Department

The Memo line on the check(s) or money order(s) must include the criminal case name and number and the name of Defendant (i.e., <u>United States v. Vincent John Rabiola</u>, CR 99-0188).

3. This Order is without prejudice to the right of the United States to seek an installment-payment order pursuant to 28 U.S.C. § 3204 in place of the Writ of Garnishment regarding salary, and the right of either party to file a motion claiming that there has been a "material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution." 18 U.S.C. § 3664(k).

DATED:  April <u>18</u>, 2019.

*S. James Otero*
UNITED STATES DISTRICT JUDGE

---

[1] Disposable earnings are calculated after deducting applicable federal, state, and local taxes from Defendant's gross earnings in each pay period.  15 U.S.C. § 1672(b).