NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile:  (213) 894-7819
    E-mail: Robert.Lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT JOHN RABIOLA,<br><br>Defendant. | No. CV 18-10588-SJO<br><br>[CR 99-0188-MMM-4]<br><br>[~~PROPOSED~~]<br><br>**ORDER REQUIRING DEFENDANT TO LIQUIDATE CERTAIN ASSETS** |

Pursuant to the Stipulation, and for good cause shown, IT IS ORDERED that defendant Vincent John Rabiola shall promptly liquidate all of the gold, silver, and Bitcoin that he personally owns.

In his most recent Financial Disclosure Statement, Defendant represented that he personally owns Bitcoin valued at $7,450; 16 ounces of gold; and 600 ounces of silver.

The net proceeds from this liquidation of assets shall be applied to Defendant's restitution balance in <u>United States v. Vincent John Rabiola</u>, CR 99-0188. Payment(s) shall be made by sending cashier's or corporate check(s) or money order(s) made payable to the "Clerk, United States District Court," to the following address:

> Clerk's Office
> United States District Court
> 255 East Temple Street, Room 1178
> Los Angeles, CA 90012-4708
> ATTN: Fiscal Department

The Memo line on the check(s) or money order(s) must include the criminal case name and number and the name of Defendant (i.e., <u>United States v. Vincent John Rabiola</u>, CR 99-0188).

This Order is without prejudice to the right of the United States to continue to conduct its restitution enforcement efforts against Defendant by any legal means.

DATED:  April <u>18</u>, 2019.

*S. James Otero*
UNITED STATES DISTRICT JUDGE