Gold Coast Ventures, Inc.
GARNISHEE NAME

9701 WILSHIRE BLVD
GARNISHEE ADDRESS

SUITE 1000

BEVERLY HILL, CA 90212

800-484-9089
GARNISHEE TELEPHONE

INFO@PRECIOUSMETALSDIRECT.COM
GARNISHEE EMAIL

FILED
2019 APR 15 PM 3:04
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT JOHN RABIOLA,<br><br>Defendant. | No. CV 18-10588-SJO<br><br>[CR 99-0188-MMM-4]<br><br>**ANSWER OF GARNISHEE GOLD COAST VENTURES, INC. AND PRECIOUS METALS DIRECT** |

1

**DECLARANT STATES:**

1. My name is: __Vincent Rabiola_____.

2. I am employed as __President_____ [POSITION] by Gold Coast Ventures, Inc. (hereinafter "Garnishee") located at:

GARNISHEE/EMPLOYER ADDRESS: 9100 WILSHIRE BLVD. SUITE 407E, BEVERLY HILL, CA 90212

GARNISHEE/EMPLOYER TELEPHONE: 310-748-1227

3. I am authorized to make this declaration on behalf of Garnishee.

4. On ____JANUARY 4TH, 2019_____ [DATE], Garnishee received a Writ of Continuing Garnishment regarding Vincent John Rabiola (SSN xxx-xx-6275) (hereinafter "Defendant").

5. I have made a good faith effort to determine Defendant's identity and have been

☒ able to do so; **OR**

☐ unable to do so because

[EXPLAIN WHY YOU COULD NOT IDENTIFY DEFENDANT]:

_____

_____

6. Garnishee employed Defendant on ____4/18/18_____ [DATE].

7. Garnishee

☐ terminated Defendant's employment on _____ [DATE].

**OR**

☒ continues to employ and pay Defendant wage and earnings as follows:

**gross** salary at a rate of $___3500_____ per ___two weeks_____

from which there are deductions in the amount of

$_____ for local taxes,

$____158.75_____ for state taxes, and

$____345.67_____ for federal taxes.

8. Garnishee issues paychecks to Defendant

☐ Weekly     ☒ Bi-weekly     ☐ Monthly

2

☐ Other _____ [EXPLAIN].

9. Defendant's wages

☐ are; **OR**

☒ are not

subject to an existing garnishment or levy for a total amount of $ _____ at a rate of $ _____ [DEDUCTION PER PAYCHECK] withheld during each pay period.

10. Garnishee understands that the federal District Court has ordered Garnishee to withhold and retain 25% of Defendant's disposable earnings (disposable earnings equal to gross earnings subtracted by local, state, and federal taxes) as of the date that Garnishee received the Writ of Garnishment until further order from the Court.

11. Garnishee will withhold and retain 25% of Defendant's disposable earnings until further order from the Court.

12. Garnishee began withholding 25% of Defendant's disposable earnings (disposable earnings equal to gross earnings subtracted by local, state, and federal taxes) on _____February 20, 2019_____ [DATE].

13. Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Vincent John Rabiola at the address provided by the United States of America, and (b) The U.S. Attorney's Office for the Central District of California, ATTN: Financial Litigation Section, Suite 7516, Federal Building, 300 N. Los Angeles St., Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct.

Executed on _____4/8/19_____ [DATE].

X  *Vince Rabiola*
SIGNATURE OF DECLARANT

## PROOF OF SERVICE BY MAILING

I, ___Steve Jumes___, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by _____Varghese Summersett PLLC_____;
that on _____4/15/2019_____ [Date], I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE GOLD COAST VENTURES, INC. AND PRECIOUS METALS DIRECT** addressed to:

> U.S. Attorney's Office for the Central District of California
> ATTN: Financial Litigation Section
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, California 90012
>
> Vincent John Rabiola
> West Hollywood, California

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on ____4/15/2019____ [Date], at _____Fort Worth_____ [City], ____Texas____ [State].

I certify under penalty of perjury that the foregoing is true and correct.

_[Signature]_
Signature

4